UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-43-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MARCUS O. SMITH, | ) | |
| Defendant. | ) | |

Smith's Motion to Reconsider [DE-33] this court's order of May 18, 2012 [DE-32] is

DENIED for the reasons stated in that order.

SO ORDERED.

This the 18th day of June, 2012.

JAMES C. FOX
Senior United States District Judge